UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
Manhattan Division

CASE NO.: 1:10-CV-04297-NRB

CABBAGE COMPANY SERVICES,
LLC., and CABBAGE, INC.,

    Plaintiffs,

vs.

SOUTHEAST PRODUCE LTD., USA,
YUQING WANG a/k/a YU O. WANG a/k/a
HENRY YUQUING WANG,
and WINNIE WANG,

    Defendants.

_____/

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/10
```

### ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOUND NOT BE GRANTED

THIS MATTER came before the Court at on Plaintiffs CABBAGE COMPANY SERVICES, LLC. ("CABBAGE SERVICES"), and CABBAGE, INC.'S Motion for a Preliminary Injunction and for an Order to Show Cause filed against Defendants SOUTHEAST PRODUCE LTD., USA ("SE PRODUCE"), YUQING WANG a/k/a YU O. WANG a/k/a HENRY YUQUING WANG ("HENRY WANG"), and WINNIE WANG. The Court has reviewed the Motion, the Declarations of Gary Zehe, Nancy Keathley, and Robert E. Goldman, and the Memorandum of Law, and based upon same, it is **ORDERED THAT:**

1.     Defendants shall file any opposition papers to the Motion for Preliminary Injunction, and personally serve or serve same by fax on Plaintiffs' attorney, with two courtesy copies delivered to Chambers, no later than July _12_, 2010 *at noon*. _/NRB/_

2. Plaintiffs shall file any reply papers, and personally serve or serve by fax on Defendants' attorney, with two courtesy copies delivered to Chambers, no later that July _13_, 2010. *at 4 p.m.*

3. Defendants are ordered to show cause why the Plaintiffs' Motion for a Preliminary Injunction should not be granted at evidentiary hearing to be held before the Court in Courtroom 21A, United States Court House, 500 Pearl Street, New York, New York 10007, at _4:15_ _____ a.m. / (p.m.) on July _14_, 2010, or as soon thereafter as the parties may be heard.

4. Plaintiffs shall serve a copy of this Order on Defendants Counsel of-record forthwith.

_____
NAOMI REICE BUCHWALD
U.S. DISTRICT COURT JUDGE